42,794-05

TEXAS COURT OF CRIMINAL APPEALS                          DATE 2/18/15
CLERK, ABEL ACOSTA
P.O. BOX 12308
AUSTIN, TEXAS 78711-2308


EX PARTE GILMORE FRANKLIN COX

PER,    WRIT NO. WR 42,794-05        CAUSE NO. CR-29938-A


Dear Clerk,

    I'm asking for a 20 day extension of time to file my final response due to the
fact I've been in transit and the Trial Court's response and Finding of Fact and
Conclusions of Law just caught up to me, also because I have to send out for copy's.
Thank you for your time and trouble in this matter.

                                        GILMORE FRANKLIN COX
                                        856901 COFFIELD UNIT
                                        2661 F.M. 2054
                                        TENNESSEE COLONY, TEXAS 75884

RECEIVED IN
COURT OF CRIMINAL APPEALS
FEB 25 2015
Abel Acosta, Clerk